UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jason Robert Hill,

    Petitioner,

v.

ORDER ADOPTING REPORT
AND RECOMMENDATION
Case No. 22-cv-3101 (MJD/DTS)

State of Minnesota,

    Respondent.

Petitioner Jason Robert Hill is *pro se.*

Edwin W. Stockmeyer, III, Matthew Frank, Victoria Wanta, Counsel for Respondent.

    This matter is before the Court on the January 5, 2023 Report and Recommendation of United States Magistrate Judge David T. Schultz.  (Doc. 8.) The Report and Recommendation recommends denying the petition for a writ of habeas corpus (Doc. 1) and dismissing this case.  The Report and Recommendation also recommends that Petitioner's in forma pauperis application be denied and that a Certificate of Appealability not be issued by this Court.

No objections to the Report and Recommendation have been filed in the time period permitted.  In the absence of timely objections, this Court has reviewed the Report and Recommendation for clear error.  <u>Grinder v. Gammon</u>, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); D. Minnesota Local Rule 72.2(b)-(c).  Having reviewed the Report and Recommendation and the record in this case, the Court finds no clear error.

Accordingly, based on the Report and Recommendation and the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The January 5, 2023 Report and Recommendation (Doc. 8) is **ADOPTED** and this case is **DISMISSED WITHOUT PREJUDICE**;

2. Petitioner's petition for a writ of habeas corpus is (Doc. 1) is **DENIED**;

3. Petitioner's application to proceed <u>in forma pauperis</u> (Doc. 4) is **DENIED**;

4. A Certificate of Appealability shall not be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 5, 2023                           <u>s/Michael J. Davis</u>
                                                Michael J. Davis
                                                United States District Court